Ogle *et al. v.* Manlove *et al.*

No. 16,490.

OGLE ET AL. *v.* MANLOVE ET AL.

| 133 | 55 |
| 151 | 687 |

APPEAL.—*Dismissal of.*—*Violation of Rule of Supreme Court.*—*Insufficiency of Brief.*—Where an appellant, in his brief, cites no authority and attempts no argument in support of his assignment of errors, there is such a violation of a rule of this court as will work a dismissal of the appeal.

From the Tipton Circuit Court.

*G. H. Gifford* and *J. M. Fippen,* for appellants.

*W. R. Oglebay,* for appellees.

COFFEY, J,—This was an action in the Circuit Court by the appellants against the appellees, to enjoin the latter from opening a certain public highway in Tipton County, established by the board of commissioners. To certain answers filed by the appellees the court overruled a demurrer, to which ruling the appellants excepted. This ruling is assigned as error.

No brief is filed by the appellants, except what is called a *supersedeas* brief. In this so-called brief no authority is cited, nor is any argument attempted. There is no attempt to point out any error in the ruling of the Circuit Court.

This is not a compliance with rule twenty of this court.

The appeal should be dismissed on account of the failure of the appellants to comply with the terms of this rule. *City of Anderson* v. *Neal,* 88 Ind. 317; *Louisville, etc., R. W. Co.* v. *Grantham,* 104 Ind. 353.

Appeal dismissed.

Filed December 14, 1892.